# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CYNTHIA OLDS,

    Plaintiff,

v.                                          Case No. 5:21-cv-00196-MW-MJF

LOWE'S HOME CENTERS, LLC
d/b/a LOWE'S,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2(A)(1), Defendant Lowe's Home Centers, LLC d/b/a Lowe's hereby provides notice to the Court that the parties have reached a settlement in this action.

Dated:  January 5, 2022

    Respectfully submitted,

    */s/ Reed L. Russell*
    Reed L. Russell
    Florida Bar No. 0184860
    Matthew S. Perez
    Florida Bar No. 0125572
    PHELPS DUNBAR LLP
    100 South Ashley Drive, Suite 2000
    Tampa, Florida  33602-5311
    Telephone:  (813) 472-7550
    Facsimile:  (813) 472-7570
    reed.russell@phelps.com
    matthew.perez@phelps.com

    *Attorneys for Defendant*

PD.36400886.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Reed L. Russell*
Reed L. Russell
