# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CYNTHIA OLDS,

    Plaintiff,

v.                                                    Case No.  5:21-cv-196-MW/MJF

LOWE'S HOME CENTERS, d/b/a
LOWE'S,

    Defendant.

_____/

## JUDGMENT

Plaintiff's claims against Defendant are dismissed with prejudice. The parties will each bear their attorney's fees and costs.

                                                  JESSICA J. LYUBLANOVITS,
                                                  CLERK OF COURT

June 16, 2022                      s/ Jeremy Wright
DATE                                           Deputy Clerk